# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>RASHAWN T. BUMPUS,<br><br>         Defendant. | Case No. 17-CR-167-3-JPS<br><br><br><br>**ORDER** |

   On October 3, 2017, the grand jury returned a three-count indictment against Defendant and his co-defendants arising from the attempted shooting of a confidential informant. (Docket #1). Defendant is charged in Count One with conspiring to engage in conduct that caused damage to the tangible property of the informant and threatened to cause the informant bodily harm, in retaliation against the informant for providing information to a law enforcement officer related to the commission of a federal offense, in violation of 18 U.S.C. § 1513(b)(2) and (f). On December 21, 2017, the parties filed a plea agreement indicating that Defendant has agreed to plead guilty to Count One of the Indictment. (Docket #69).

   The parties appeared before Magistrate Judge Nancy Joseph on January 3, 2018 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #75). Defendant entered a plea of guilty as to Count One of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Joseph determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent

factual basis containing each of the essential elements of the offense. (Docket #76 at 1).

That same day, Magistrate Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. *Id.* Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (Docket #76 at 1–2). To date, no party has filed such an objection. The Court has considered Magistrate Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation (Docket #76) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 19th day of January, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge